IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL B. CHAPP, | ) | 4:04CV3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| THE BURLINGTON NORTHERN | ) | |
| SANTA FE RAILWAY COMPANY, | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice (filing 73) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay its own costs and attorney fees.

July 12, 2005.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge